**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

Pennsylvania State Police,                     :
                                               :
                            Petitioner         :
                                               :
                    v.                         : No. 1834 C.D. 2014
                                               :
                                               :
John Muller,                                   :
                                               :
                            Respondent         :

# **O R D E R**

**AND NOW,** this 17th day of September, 2015, it is ordered that the above-captioned Memorandum Opinion, filed June 30, 2015, shall be designated OPINION and shall be REPORTED.

_____
**JAMES GARDNER COLINS, Senior Judge**